[No. 54663-5-I. Division One. February 13, 2006.]

*In the Matter of the Parentage of* A.S.W.

DOUGLAS PARKER, *Respondent,* v. CRYSTAL LAVINE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 95-5-02801-3, Stephen W. Gaddis, J. Pro Tem., entered June 25, 2004. *Affirmed as modified* by unpublished per curiam opinion.

[No. 54768-2-I. Division One. February 13, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSE GUTIERREZ-VEGA, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 04-1-00394-9, Michael E. Rickert, J., entered January 11, 2005. *Reversed* by unpublished per curiam opinion.

[No. 54844-1-I. Division One. February 13, 2006.]

EZELL D. GREEN, JR., *Appellant,* v. KING COUNTY ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 03-2-20605-9, Douglas D. McBroom, J., entered July 23, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54998-7-I. Division One. February 13, 2006.]

GREG KENDALL, *Appellant,* v. JOE KLEIN, *Respondent.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 00-2-01128-4, Michael F. Moynihan, J., entered August 31, 2004. *Affirmed in part* and *reversed in part* by unpublished opinion per Coleman, J., concurred in by Baker and Dwyer, JJ.